# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| FLATIRON WEST, INC. | No. 2:19-cv-00201-MJP |
| Plaintiff, | **ORDER SETTING ASIDE DEFAULT** |
| v. | |
| PTS SURVEYING, INC. | |
| Defendant. | |

## **STIPULATION**

Pursuant to LCR 10(g), Plaintiff Flatiron West, Inc. ("Plaintiff") and Defendant PTS Surveying, Inc. ("Defendant"), by and through their attorneys of record, stipulate as follows:

That the Order of Default, entered March 12, 2019, be set aside and Defendant be allowed to file its responsive pleading, as based on discussions between counsel the missed pleading date for Defendant's responsive pleading was a clerical oversight.

STIPULATED MOTION TO SET ASIDE DEFAULT AND ORDER - 1

CASE NO. 2:19-cv-00201-MJP

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

Respectfully submitted this 12th day of March, 2019.

                OLES MORRISON RINKER & BAKER LLP

                By: */s/Meghan A. Douris*
                    Meghan A. Douris, WSBA 44495
                    701 Pike Street, Suite 1700
                    Seattle, Washington 98101-3930
                    Phone: (206) 623-3427
                    Email: douris@oles.com

                Attorneys for Defendant PTS Surveying, Inc.

Respectfully submitted this 12th day of March, 2019.

                GROFF MURPHY, PLLC

                By: */s/Michael P. Grace*
                    Michael P. Grace, WSBA 26091
                    300 East Pine Street
                    Seattle, WA 98122
                    Phone: (206) 628-9500
                    Email: mgrace@groffmurphy.com

                Attorneys for Plaintiff Flatiron West, Inc.

STIPULATED MOTION TO SET ASIDE DEFAULT AND ORDER - 2

CASE NO. 2:19-cv-00201-MJP

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

**<u>ORDER</u>**

Pursuant to the Stipulation above, and LCR 10(g), IT IS SO ORDERED.

DATED this <u>13th</u> day of March, 2019.

*[signature]*

Marsha J. Pechman
United States District Judge

STIPULATED MOTION TO SET ASIDE DEFAULT AND ORDER - 3

**CASE NO. 2:19-cv-00201-MJP**

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States that on the below date I served this document on the following parties and counsel of record in the manner indicated:

**Attorneys for Plaintiff**

| | |
|---|---|
| Michael P. Grace | ☒ **Via USDC CM-ECF system** |
| Kellen F. Patterson | ☐ Via U.S. Mail |
| Groff Murphy, PLLC | ☐ Via Messenger |
| 300 East Pine Street | ☐ Via Email: mgrace@groffmurphy.com |
| Seattle, WA 98122 | ☐ Via Email: kpatterson@groffmurphy.com |

I further certify that, pursuant to Section III(M) of the *U.S. District Court Amended Electronic Filing Procedures*, I electronically delivered a proposed Order in Word format to the following judge's email:

**EMAIL ADDRESS**

pechmanorders@wawd.uscourts.gov

DATED *March 13, 2019* in Seattle, Washington.

_____
Victoria Heindel

4819-6573-7866, v. 1

CERTIFICATE OF SERVICE - 1

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234