**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
IN SEATTLE**

FLATIRON WEST, INC.

                  Plaintiff,

v.

PTS SURVEYING, INC.

                  Defendant.

No.    2:19-cv-00201-MJP

**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

## <u>STIPULATION</u>

       Pursuant to LCR 10(g), Plaintiff Flatiron West, Inc. ("Plaintiff") and Defendant PTS Surveying, Inc. ("Defendant"), by and through their attorneys of record, stipulate as follows:

       The parties have agreed to extend the deadline for Defendant to answer the Complaint on or before March 22, 2019.

       ///     ///     ///

       ///     ///     ///

STIPULATED MOTION TO EXTEND TIME TO
ANSWER COMPLAINT AND ORDER - 1

Respectfully submitted this 13th day of March, 2019.

OLES MORRISON RINKER & BAKER LLP

By: /s/Meghan A. Douris
    Meghan A. Douris, WSBA 44495
    /s/Eric P. Forner
    Eric P. Forner, WSBA 49264
    701 Pike Street, Suite 1700
    Seattle, Washington 98101-3930
    Phone:    (206) 623-3427
    Email:    douris@oles.com
              forner@oles.com

Attorneys for Defendant PTS Surveying, Inc.

Respectfully submitted this 13th day of March, 2019.

GROFF MURPHY, PLLC

By: /s/Michael P. Grace
    Michael P. Grace, WSBA 26091
    300 East Pine Street
    Seattle, WA 98122
    Phone:    (206) 628-9500
    Email:    mgrace@groffmurphy.com

Attorneys for Plaintiff Flatiron West, Inc.

STIPULATED MOTION TO EXTEND TIME TO
ANSWER COMPLAINT AND ORDER - 2

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

## **ORDER**

Pursuant to the Stipulation above, and LCR 10(g), IT IS SO ORDERED.

DATED this <u>13th</u> day of March, 2019.

Marsha J. Pechman
United States District Judge

**OLES MORRISON RINKER & BAKER** LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234