UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLATIRON WEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> PTS SURVEYING INC., <br><br> Defendant. | CASE NO. 19-201 <br><br> ORDER GRANTING STIPULATED MOTION TO AMEND PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES |

THIS MATTER came before the Court on the parties' Stipulated Motion to Amend Plaintiff's Answer and Affirmative Defenses to Defendant's Counterclaims. Pursuant to the Stipulation above, IT IS HEREBY ORDERED that the Stipulated Motion to Amend Plaintiff's Answer and Affirmative Defenses to Defendant's Counterclaims is GRANTED. Plaintiff shall file and serve the amended pleading within fourteen (14) days.

ORDER GRANTING STIPULATED MOTION TO AMEND PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated June 10, 2019.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

ORDER GRANTING STIPULATED MOTION TO AMEND PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES - 2