UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| FLATIRON WEST, INC., a Delaware Corporation, Plaintiff, v. PTS SURVEYING INC., an Oregon Corporation, Defendant. | No. 2:19-cv-00201-MJP<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO AMEND CASE SCHEDULE |
|---|---|

THIS MATTER having come before the Court on the Joint Stipulated Motion to Amend Case Schedule, and the Court having been fully advised, finds that the motion should be and hereby is GRANTED. The case schedule is hereby amended as follows:

| Reports from expert witness under FRCP 26(a)(2) due | April 20, 2020 |
|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter | May 20, 2020 |
| Discovery completed by | June 20, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter | July 20, 2020 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | October 14, 2020 |

ORDER GRANTING JOINT STIPULATED
MOTION TO AMEND CASE SCHEDULE – Page 1

GROFF MURPHY PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

33413 009 ci11fr011k.001

| | |
|---|---|
| Agreed pretrial order due | November 6, 2020 |
| Trial briefs and Proposed Findings of Fact and Conclusions of Law | November 6, 2020 |
| Pretrial conference | November 8, 2020 |
| Bench trial | November 18, 2020 |

DATED this 13th day of September, 2019.

_____
Marsha J. Pechman
United States District Judge

Presented by:

GROFF MURPHY PLLC

*s/ Evan A. Brown*_____
Michael P. Grace, WSBA #26091
Evan A. Brown, WSBA #48272
300 East Pine Street
Seattle, WA 98122
T: (206) 628-9500/FX: (206) 628-9506
E: mgrace@groffmurphy.com
E: ebrown@groffmurphy.com

*Attorneys for Plaintiff Flatiron West, Inc.*

OLES MORRISON RINKER & BAKER LLP

*s/ Eric P. Forner*_____
Meghan A. Douris, WSBA #44495
Eric P. Forner, WSBA #49264
701 Pike Street, Ste. 1700
Seattle, WA 98101
T: 206-623-3427
E: douris@oles.com
E: forner@oles.com

*Attorneys for Defendant PTS Surveying, Inc.*

ORDER GRANTING JOINT STIPULATED
MOTION TO AMEND CASE SCHEDULE – Page 2

GROFF MURPHY PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

33413 009 ci11fr011k.001

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the forgoing document the counsel(s) of record listed below:

| | |
|---|---|
| Meghan A. Douris, WSBA NO. 44495<br>Eric P. Former, WSBA No. 49264<br>Oles Morrison Rinker & Baker LLP<br>701 Pike Street, Ste. 1700<br>Seattle, WA 98101<br>T: 206-623-3427<br>E: douris@oles.com<br>  forner@oles.com | ☒ Email<br>☐ Regular Mail<br>☐ Legal Messenger<br>☐ ECF |

*Attorneys for Defendant*

DATED this 13th day of September, 2019 at Seattle, Washington.

*s/ Sopheary Sanh*
Sopheary Sanh, Legal Assistant
ssanh@groffmurphy.com

ORDER GRANTING JOINT STIPULATED
MOTION TO AMEND CASE SCHEDULE – Page 3

**GROFF MURPHY PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

33413 009 ci11fr011k.001