The Honorable Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FLATIRON WEST, INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>PTS SURVEYING INC., an Oregon Corporation,<br><br>                Defendant. | No. 2:19-cv-00201-MJP<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO AMEND CASE SCHEDULE |

THIS MATTER having come before the Court on the Joint Stipulated Motion to Amend Case Schedule, and the Court having been fully advised, finds that the motion should be and hereby is GRANTED. The case schedule is hereby amended as follows:

| | |
|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | October 21, 2020 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter | November 20, 2020 |
| Discovery completed by | December 25, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter | January 21, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later | April 13, 2021 |

ORDER GRANTING STIPULATION TO
AMEND DISCOVERY SCHEDULE – Page 1

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

| | |
|---|---|
| than the Friday before the pretrial conference. | |
| Agreed pretrial order due | May 4, 2021 |
| Trial briefs and Proposed Findings of Fact and Conclusions of Law | May 4, 2021 |
| Pretrial conference at 1:30 p.m. | May 6, 2021 |
| Bench trial at 9:00 a.m. | May 17, 2021 |

DATED this 3rd day of February, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER GRANTING STIPULATION TO
AMEND DISCOVERY SCHEDULE – Page 2

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

Presented by:

OLES MORRISON RINKER & BAKER LLP

*/s/ Meghan A. Douris*
Meghan A. Douris, WSBA #44495
Eric P. Former, WSBA #49264
701 Pike Street, Ste. 1700
Seattle, WA 98101
T: 206-623-3427
E: douris@oles.com
E: forner@oles.com

*Attorneys for Defendant PTS Surveying, Inc.*


GROFF MURPHY PLLC

*/s/ Evan A. Brown*
Michael P. Grace, WSBA #26091
Evan A. Brown, WSBA #48272
300 East Pine Street
Seattle, WA 98122
T: (206) 628-9500/FX: (206) 628-9506
E: mgrace@groffmurphy.com
E: ebrown@groffmurphy.com

*Attorneys for Plaintiff Flatiron West, Inc*

ORDER GRANTING STIPULATION TO
AMEND DISCOVERY SCHEDULE – Page 3

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States that on the below date I served this document on the following parties and counsel of record in the manner indicated:

**Attorneys for Plaintiff**

| | |
|---|---|
| Michael P. Grace | ☒ **Via USDC CM-ECF system** |
| Evan A. Brown | ☐ Via U.S. Mail |
| Kellen F. Patterson | ☐ Via Messenger |
| Groff Murphy, PLLC | ☐ Via Email: mgrace@groffmurphy.com |
| 300 East Pine Street | ☐ Via Email: ebrown@groffmurphy.com |
| Seattle, WA 98122 | ☐ Via Email: kpatterson@groffmurphy.com |

DATED *February 3, 2020* in Seattle, Washington.

*/s/ Paul B. Mora*
Paul B. Mora

ORDER GRANTING STIPULATION TO
AMEND DISCOVERY SCHEDULE – Page 4

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234