UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLATIRON WEST, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PTS SURVEYING INC.,<br><br>    Defendant. | CASE NO. C19-201 MJP<br><br>ORDER DENYING JOINT STIPULATED MOTION TO AMEND CASE SCHEDULE |

This matter comes before the Court on the parties' Joint Stipulated Motion to Amend the Case Schedule. (Dkt. No. 31.) Having reviewed the motion and the remaining record, the Court DENIES the motion.

The Parties seek to extend the deadlines in this matter "to accommodate the delay caused by the parties waiting on the insurance coverage decision" as well as the "subsequent impacts caused by the COVID 19 pandemic." (Dkt. No. 31.) But the parties have known of the insurance coverage decision since April and their Motion fails to state exactly how they were delayed by the pandemic, what discovery is left to do, or to state a plan for its completion. The

Parties therefore do not show good cause to amend the case schedule, and the Court declines to make amendments on this record.

Therefore, IT IS ORDERED that the request to amend the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 21, 2020.

Marsha J. Pechman
United States Senior District Judge