The Honorable Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FLATIRON WEST, INC., a Delaware Corporation,<br><br>                              Plaintiff,<br><br>       v.<br><br>PTS SURVEYING INC., an Oregon Corporation,<br><br>                              Defendant. | No. 2:19-cv-00201-MJP<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO AMEND CASE SCHEDULE |

THIS MATTER having come before the Court on the Joint Stipulated Motion to Amend Case Schedule, and the Court having been fully advised, finds that the motion should be and hereby is GRANTED.  The case schedule is hereby amended as follows:

| | |
|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | December 21, 2020 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter | January 20, 2021 |
| Discovery completed by | February 19, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter | March 22, 2021 |

ORDER GRANTING JOINT STIPULATED
MOTION TO AMEND CASE SCHEDULE – Page 1

| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | June 14, 2021 |
|---|---|
| Agreed pretrial order due | July 6, 2021 |
| Trial briefs and Proposed Findings of Fact and Conclusions of Law | July 6, 2021 |
| Pretrial conference | July 8, 2021 |
| Bench trial | July 19, 2021 |

DATED this 13th day of November, 2020.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING JOINT STIPULATED
MOTION TO AMEND CASE SCHEDULE – Page 2

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

1

Presented by:

2

GROFF MURPHY PLLC

3

 */s/ Evan A. Brown via electronic authorization*

4

Michael P. Grace, WSBA #26091

Evan A. Brown, WSBA #48272

5

300 East Pine Street

Seattle, WA 98122

6

T: (206) 628-9500/FX: (206) 628-9506

7

E: mgrace@groffmurphy.com

E: ebrown@groffmurphy.com

8

9

*Attorneys for Plaintiff Flatiron West, Inc.*

10

OLES MORRISON RINKER & BAKER LLP

11

 */s/ Meghan A. Douris*

12

Meghan A. Douris, WSBA #44495

Eric P. Former, WSBA #49264

13

701 Pike Street, Ste. 1700

14

Seattle, WA 98101

T: 206-623-3427

15

E: douris@oles.com

E: forner@oles.com

16

17

*Attorneys for Defendant PTS Surveying, Inc.*

18

19

20

21

22

23

24

25

26

ORDER GRANTING JOINT STIPULATED
MOTION TO AMEND CASE SCHEDULE – Page 3