UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLATIRON WEST, INC., | CASE NO. C19-201 MJP |
| Plaintiff, | ORDER REQUIRING ADDITIONAL INFORMATION |
| v. | |
| PTS SURVEYING INC., | |
| Defendant. | |

This matter comes before the Court upon the Parties' Joint Stipulated Motion for Entry of Judgment and Determination of Reasonableness. (Dkt. No. 37.) Having reviewed the Motion and the related record, and having set a hearing date of April 19, 2021 on the issue of the reasonableness of the amount to be paid pursuant to RCW 4.22.060, the Court ORDERS the Parties to submit additional evidence in support of the reasonableness of the requested judgment amount of $1,828,721.08.

The Parties should provide information regarding Flatiron's proposed "inefficiency modifier" and "overtime inefficiency" in the amounts of $319,606.00 and $180,472.50. In

particular, the Parties should provide a detailed explanation of how they arrived at these numbers and why this additional cost is included in the damages, when Flatiron has already submitted itemized damages for overtime pay, worker pay during the 25-day work stoppage, and additional equipment rental and storage fees. The Parties should also provide an explanation for the 21-29% "markups" added to each category of damages. In addition, the Parties are invited to provide any additional evidence in support of the stipulated judgment, such as receipts for payment to other surveyors, and information regarding PTS's counterclaim for breach of the duty to disclose. The Parties should file this information along with proposed findings of fact and conclusions of law no later than April 15, 2021.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 7, 2021.

Marsha J. Pechman
United States Senior District Judge