The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FLATIRON WEST, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PTS SURVEYING INC., an Oregon Corporation,<br><br>Defendant. | No. 2:19-cv-00201<br><br>STIPULATED JUDGMENT AND [~~PROPOS~~ED] ORDER |

## STIPULATION

Plaintiff Flatiron West, Inc. ("Flatiron") and Defendant PTS Surveying Inc. ("PTS"), by and through their attorneys of record, hereby stipulate and agree to entry of the following judgment in this action in favor of Flatiron without any adjudication of any issue of fact or law. The parties have entered into this Stipulated Judgment freely and without coercion.

### I. JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Flatiron West, Inc. |
| Creditor's Attorney: | Michael P. Grace<br>Evan A. Brown<br>Groff Murphy, PLLC<br>300 East Pine Street<br>Seattle, WA 98122 |
| Judgment Debtors: | PTS Surveying Inc. |
| Total Amount of Judgment: | $1,828,721.00 |

STIPULATED JUDGMENT AND [PROPOSED] ORDER – Page 1

**GROFF MURPHY PLLC**
300 East Pine
Seattle, Washington 98122
(206) 628-9500
Facsimile: (206) 628-9506

33413 009 dm04dz012s

## II. JUDGMENT

1. For Flatiron's First Cause of Action (Breach of Contract); Second Cause of Action (Professional Negligence); and Third Cause of Action (Indemnity), the Court enters judgment in favor of Flatiron in the amount of **$1,828,721.00**.

2. PTS's First Claim for Relief (Breach of Contract); Second Claim for Relief (Breach of Contract); Third Claim for Relief (Breach of the Duty to Disclose); and Fourth Claim for Relief (Violation of Prompt Payment Act) against Flatiron are **DISMISSED**, with prejudice.

3. All parties shall bear their own costs and fees in this matter, including attorney fees.

DATED this 22nd day of March, 2021.

| | |
|---|---|
| GROFF MURPHY PLLC | OLES MORRISON RINKER & BAKER LLP |
| *s/ Evan A. Brown* | *s/ Eric P. Forner* |
| Michael P. Grace, WSBA #26091 | Meghan A. Douris, WSBA #44495 |
| Evan A. Brown, WSBA #48272 | Eric P. Forner, WSBA #49264 |
| 300 East Pine Street | 701 Pike Street, Ste. 1700 |
| Seattle, WA 98122 | Seattle, WA 98101 |
| T: (206) 628-9500/FX: (206) 628-9506 | T: 206-623-3427 |
| E: mgrace@groffmurphy.com | E: douris@oles.com |
| E: ebrown@groffmurphy.com | E: forner@oles.com |
| *Attorneys for Plaintiff Flatiron West, Inc.* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED this **29** day of **June**, 2021.

Honorable Marsha J. Pechman

STIPULATED JUDGMENT AND [PROPOSED] ORDER – Page 2

**GROFF MURPHY PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

33413 009 dm04dz012s

Presented by,

GROFF MURPHY PLLC

*s/ Evan A. Brown*
Michael P. Grace, WSBA #26091
Evan A. Brown, WSBA #48272
300 East Pine Street
Seattle, WA 98122
T: (206) 628-9500/FX: (206) 628-9506
E: mgrace@groffmurphy.com
E: ebrown@groffmurphy.com

*Attorneys for Plaintiff Flatiron West, Inc.*


OLES MORRISON RINKER & BAKER LLP

*s/ Eric P. Forner*
Meghan A. Douris, WSBA #44495
Eric P. Forner, WSBA #49264
701 Pike Street, Ste. 1700
Seattle, WA 98101
T: 206-623-3427
E: douris@oles.com
E: forner@oles.com

*Attorneys for Defendant*

STIPULATED JUDGMENT AND [PROPOSED] ORDER – Page 3

**GROFF MURPHY PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

33413 009 dm04dz012s

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the forgoing document the counsel(s) of record listed below:

| | |
|---|---|
| Meghan A. Douris, WSBA NO. 44495<br>Eric P. Forner, WSBA No. 49264<br>Oles Morrison Rinker & Baker LLP<br>701 Pike Street, Ste. 1700<br>Seattle, WA 98101<br>T: 206-623-3427<br>E: douris@oles.com<br>   forner@oles.com | ☐ Email<br>☐ Regular Mail<br>☐ Legal Messenger<br>☒ ECF |

*Attorneys for Defendant*

DATED this 22nd day of March, 2021, at Seattle, Washington.

GROFF MURPHY, PLLC

*s/ Sopheary Sanh*
Rachel Leigh, Legal Assistant
rleigh@groffmurphy.com
Sopheary Sanh, Legal Assistant
ssanh@groffmurphy.com

STIPULATED JUDGMENT AND [PROPOSED] ORDER – Page 4

**GROFF MURPHY PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

33413 009 dm04dz012s